McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0080-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: May 31, 2018 |
| GERARDO RAMIREZ, EUGENE MARGARITO ORTEGA, and JONATHAN LOPEZ CASTANEDA, | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendants. | |

Plaintiff United States of America, through its undersigned counsel, and defendants Gerardo Ramirez, Eugene Margarito Ortega, and Jonathan Lopez Castaneda, through their counsel of record, stipulate that the status conference now set for June 5, 2018, be continued to July 17, 2018, at 9:15 a.m.

On April 25, 2018, all three defendants were arraigned on the two-count Indictment in this case. (ECF Nos. 16, 18.)  Recently, the government produced to the defense discovery that includes 125 pages of reports and memoranda, over 200 photos, and a litany of audio and video recordings from this investigation.  Defense counsel for all three defendants require additional time to review these materials, to discuss them with their clients, to conduct research into any potential suppression issues or motions to dismiss, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for June 5, 2018, be continued to July 17, 2018, at 9:15 a.m.  The parties further agree that time under the Speedy

1  Trial Act should be excluded from the date the parties stipulated, up to and including July 17, 2018,
2  under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local
3  Code T4, based on continuity of counsel and defense preparation.

4  The parties agree that the failure to grant a continuance in this case would deny defense counsel
5  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
6  The parties also agree that the ends of justice served by the Court granting the requested continuance
7  outweigh the best interests of the public and the defendants in a speedy trial.

8  Respectfully submitted,

10  Dated:  June 1, 2018         */s/ Timothy H. Delgado*_____
11                               TIMOTHY H. DELGADO
                                 Assistant United States Attorney
12                               Attorney for Plaintiff United States

13  Dated:  June 1, 2018         */s/ THD for Benjamin D. Galloway*___
14                               BENJAMIN D. GALLOWAY
                                 Chief Assistant Federal Defender
                                 SEAN C. RIORDAN
15                               Assistant Federal Defender
                                 Attorneys for Defendant Gerardo Ramirez
16

17  Dated:  June 1, 2018         */s/ THD for David M. Garland*_____
                                 DAVID M. GARLAND
18                               Attorney for Defendant Eugene Ortega

19
    Dated:  June 1, 2018         */s/ THD for Mark J. Reichel*_____
20                               MARK J. REICHEL
                                 Attorney for Defendant Jonathan Castaneda

STIPULATION AND [PROPOSED] ORDER TO CONTINUE       2
STATUS CONFERENCE

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including July 17, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 (Local Code T4).  It is further ordered that the June 5, 2018 status conference be continued to July 17, 2018, at 9:15 a.m.

Dated:  June 1, 2018                                    /s/ John A. Mendez_____
                                                        Hon. John A. Mendez
                                                        United States District Court Judge