McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO RAMIREZ,<br>EUGENE MARGARITO ORTEGA, and<br>JONATHAN LOPEZ CASTANEDA,<br><br>Defendants. | CASE NO. 2:18-CR-0080-JAM<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: November 13, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

Plaintiff United States of America, through its undersigned counsel, and defendants Gerardo Ramirez, Eugene Margarito Ortega, and Jonathan Lopez Castaneda, through their counsel of record, stipulate that the status conference now set for November 13, 2018, be continued to January 8, 2018, at 9:15 a.m.

On April 25, 2018, all three defendants were arraigned on the two-count Indictment in this case. (ECF Nos. 16, 18.) In the weeks following, the government produced to the defense discovery that includes 125 pages of reports and memoranda, over 200 photos, and a litany of audio and video recordings from this investigation. Defense counsel for all three defendants require additional time to review these materials, to discuss them with their clients, to conduct research into any potential suppression issues or motions to dismiss, to conduct additional investigation, and to otherwise prepare for trial.

///

Based on the foregoing, the parties stipulate that the status conference set for November 13, 2018, be continued to January 8, 2018, at 9:15 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including January 8, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479, [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated:  November 7, 2018          /s/ Timothy H. Delgado
                                  TIMOTHY H. DELGADO
                                  Assistant United States Attorney
                                  Attorney for Plaintiff United States

Dated:  November 7, 2018          /s/ THD for Benjamin D. Galloway
                                  BENJAMIN D. GALLOWAY
                                  Chief Assistant Federal Defender
                                  Attorneys for Defendant Gerardo Ramirez

Dated:  November 7, 2018          /s/ THD for Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for Defendant Eugene Ortega

Dated:  November 7, 2018          /s/ THD for Mark J. Reichel
                                  MARK J. REICHEL
                                  Attorney for Defendant Jonathan Castaneda

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including January 8, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the November 13, 2018 status conference be continued to January 8, 2018, at 9:15 a.m.

Dated:  November 7, 2018                         /s/ John A. Mendez_____
                                                 Hon. John A. Mendez
                                                 United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE                3