1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO.  2:18-CR-00080-JAM |
| 12                    Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| 13              v. | |
| 14  GERARDO RAMIREZ, EUGENE MARGARITO ORTEGA, and | DATE: March 12, 2019 TIME:  9:15 a.m. |
| 15  JONATHAN LOPEZ CASTANEDA, | COURT: Hon. John A. Mendez |
| 16                    Defendants. | |

17

18                          **STIPULATION**

19       1.    By previous order, this matter was set for status on March 12, 2019.

20       2.    By this stipulation, defendants now move to continue the status conference

21  until May 21, 2019 at 9:15 a.m., and to exclude time between March 12, 2019, and May 21,

22  2019, under Local Code T4.

23       3.    The parties agree and stipulate, and request that the Court find the

24  following:

25            a)    The government has represented that the discovery associated with

26  this case includes law enforcement reports and several hundred photographs,

27  videos, and audio records. All of this discovery has been either produced directly to

28  counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1    b)    Counsel for defendants desire additional time to consult with their

2    clients regarding the discovery and potential resolution of the case, to conduct

3    defense investigation, and otherwise prepare for trial.

4    c)    Counsel for defendants believe that failure to grant the above-

5    requested continuance would deny them the reasonable time necessary for effective

6    preparation, taking into account the exercise of due diligence.

7    d)    The government does not object to the continuance.

8    e)    Based on the above-stated findings, the ends of justice served by

9    continuing the case as requested outweigh the interest of the public and the

10   defendant in a trial within the original date prescribed by the Speedy Trial Act.

11   f)    For the purpose of computing time under the Speedy Trial Act, 18

12   U.S.C. § 3161, et seq., within which trial must commence, the time period of March

13   12, 2019 to May 21, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§

14   3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted

15   by the Court at defendant's request on the basis of the Court's finding that the ends

16   of justice served by taking such action outweigh the best interest of the public and

17   the defendant in a speedy trial.

18   4.    Nothing in this stipulation and order shall preclude a finding that other

19   provisions of the Speedy Trial Act dictate that additional time periods are excludable from

20   the period within which a trial must commence.

21   IT IS SO STIPULATED.

22

23

24   Dated:  March 5, 2019                                  McGREGOR W. SCOTT
                                                            United States Attorney

25

26                                                          /s/ JUSTIN L. LEE
                                                            JUSTIN L. LEE
27                                                          Assistant United States Attorney

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    Dated:  March 5, 2019                    /s/ BENJAMIN GALLOWAY
                                              BENJAMIN GALLOWAY
2                                             (as authorized on March 5, 2019)
                                              Counsel for Defendant
3                                             Gerardo Ramirez

4    Dated:  March 5, 2019                    /s/ DINA SANTOS
                                              DINA SANTOS
5                                             (as authorized on March 5, 2019)
                                              Counsel for Defendant
6                                             Eugene Ortega

7    Dated:  March 5, 2019                    /s/ MARK REICHEL
                                              MARK REICHEL
8                                             (as authorized on March 4, 2019)
                                              Counsel for Defendant
9                                             Jonathan Castaneda

10

11

12
                              **FINDINGS AND ORDER**
13
        IT IS SO FOUND AND ORDERED this 6th day of March, 2019.
14

15
                                       /s/ John A. Mendez
16                                     THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME              3
PERIODS UNDER SPEEDY TRIAL ACT