| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | GERARDO RAMIREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:18-cr-080 JAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE AND TO EXCLUDE |
| vs. | ) | TIME |
| | ) | |
| GERARDO RAMIREZ, | ) | Date:   May 21, 2019 |
| | ) | Time:  9:15 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| | ) | |

1. By previous order, this matter was set for status on May 21, 2019.

2. By this stipulation, defendants now move to continue the status conference until September 24, 2019 at 9:15 a.m., and to exclude time between May 21, 2019, and September 24, 2019, under

Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes law enforcement reports and several hundred photographs, videos, and audio records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to consult with their clients regarding the discovery and potential resolution of the case, to conduct defense investigation, and otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 21, 2019 to September 24, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 16, 2019                         Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Benjamin D. Galloway*
                                            BENJAMIN D. GALLOWAY
                                            Chief Assistant Federal Defender
                                            Attorney for GERARDO RAMIREZ

DATED: May 16, 2019                         */s/ Dina Santos*
                                            DINA SANTOS
                                            Counsel for Defendant EUGENE ORTEGA

Stipulation to Continue Status Conference

| | | |
|---|---|---|
| 1 | DATED: May 16, 2019 | */s/ Mark Reichel* |
| 2 | | MARK REICHEL |
| | | Counsel for Defendant JONATHAN CASTANEDA |
| 3 | | |
| 4 | DATED: May 16, 2019 | MCGREGOR W. SCOTT |
| | | United States Attorney |
| 5 | | |
| 6 | | */s/ Justin Lee* |
| | | JUSTIN LEE |
| 7 | | Assistant United States Attorney |
| | | Attorney for Plaintiff |

Stipulation to Continue Status Conference

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on September 24, 2019, at 9:15 a.m. The Court orders the time from the date of the parties stipulation, up to and including September 24, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: May 16, 2019

/s/ John A. Mendez\_
HON. JOHN A. MENDEZ
United States District Court Judge