HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
GERARDO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GERARDO RAMIREZ, et al, <br><br> Defendants. | Case No. 2:18-cr-080 JAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME <br><br> Date: September 24, 2019 <br> Time: 9:15 a.m. <br> Judge: Hon. John A. Mendez |

1. By previous order, this matter was set for status on September 24, 2019.

2. By this stipulation, defendants now move to continue the status conference until October 22, 2019 at 9:15 a.m., and to exclude time between September 24, 2019, and October 22, 2019, under

Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes law enforcement reports and several hundred photographs, videos, and audio records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with their clients regarding the discovery and potential resolution of the case, to conduct defense investigation, and otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2019 to October 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 18, 2019                Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Benjamin D. Galloway*
                                         BENJAMIN D. GALLOWAY
                                         Chief Assistant Federal Defender
                                         Attorney for GERARDO RAMIREZ

DATED: September 18, 2019                */s/ Dina Santos*
                                         DINA SANTOS
                                         Counsel for Defendant EUGENE ORTEGA

1 | DATED: September 18, 2019      */s/ Mark Reichel*
                                                  MARK REICHEL
2                                                         Counsel for Defendant JONATHAN CASTANEDA

4 | DATED: September 18, 2019      MCGREGOR W. SCOTT
                                                  United States Attorney

                                                  */s/ Justin Lee*
                                                  JUSTIN LEE
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on October 22, 2019, at 9:15 a.m.  The Court orders the time from the date of the parties stipulation, up to and including October 22, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: September 18, 2019

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge