HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
GERARDO RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:18-cr-080 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| vs. | |
| GERARDO RAMIREZ, | Date:   October 22, 2019 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

1. By previous order, this matter was set for status on October 22, 2019.

2. By this stipulation, defendants now move to continue the status conference until December 17, 2019 at 9:15 a.m., and to exclude time between October 22, 2019, and December 17, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes law enforcement reports and several hundred photographs, videos, and audio records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with their clients regarding the discovery and potential resolution of the case, to conduct defense investigation, and otherwise prepare for trial.

Stipulation to Continue Status Conference

c) Counsel for defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2019 to October 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 18, 2019          Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Benjamin D. Galloway*
                                 BENJAMIN D. GALLOWAY
                                 Chief Assistant Federal Defender
                                 Attorney for GERARDO RAMIREZ

DATED: October 18, 2019          */s/ Dina Santos*
                                 DINA SANTOS
                                 Counsel for Defendant EUGENE ORTEGA

Stipulation to Continue Status Conference

DATED: October 18, 2019            */s/ Mark Reichel*
                                   MARK REICHEL
                                   Counsel for Defendant JONATHAN CASTANEDA

DATED: October 18, 2019            MCGREGOR W. SCOTT
                                   United States Attorney

                                   */s/ Justin Lee*
                                   JUSTIN LEE
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

Stipulation to Continue Status Conference

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on December 17, 2019, at 9:15 a.m.  The Court orders the time from the date of the parties stipulation, up to and including December 17, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: October 18, 2019

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge