McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO RAMIREZ,<br>EUGENE MARGARITO ORTEGA, and<br>JONATHAN LOPEZ CASTANEDA,<br><br>Defendants. | CASE NO. 2:18-CR-00080-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER<br><br>DATE: December 17, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.  By previous order, this matter was set for status on December 17, 2019.

2.  By this stipulation, defendants now move to continue the status conference until January 7, 2020 at 9:15 a.m., and to exclude time between December 17, 2019, and January 7, 2020, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes law enforcement reports and several hundred photographs, videos, and audio records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)   Counsel for defendants desire additional time to consult with their clients regarding the discovery and potential resolution of the case, to conduct defense investigation, and otherwise prepare for trial.

c)   Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The government does not object to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 17, 2019 to January 7, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 13, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

| | |
|---|---|
| Dated:  December 13, 2019 | /s/ BENJAMIN GALLOWAY<br>BENJAMIN GALLOWAY<br>(as authorized on December 13, 2019)<br>Counsel for Defendant<br>Gerardo Ramirez |
| Dated:  December 13, 2019 | /s/ DINA SANTOS<br>DINA SANTOS<br>(as authorized on December 13, 2019)<br>Counsel for Defendant<br>Eugene Ortega |
| Dated:  December 13, 2019 | /s/ MARK REICHEL<br>MARK REICHEL<br>(as authorized on December 13, 2019)<br>Counsel for Defendant<br>Jonathan Castaneda |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 13th day of December, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE