```
1  MCGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00080-JAM |
|---|---|
| Plaintiff, | REQUEST TO CONTINUE SENTENCING; [PROPOSED] ORDER |
| v. | DATE: October 6, 2020 |
| JONATHAN LOPEZ CASTANEDA, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

### REQUEST TO CONTINUE JUDGMENT AND SENTENCING

By previous order, this matter was set for judgment and sentencing on October 6, 2020. The defendant now moves to continue the judgment and sentencing until December 15, 2020, such that an in-person judgment and sentencing hearing can be held. The United States does not oppose the continuance request. The United States and the assigned probation officer are available on December 15.

Dated: October 2, 2020           McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ JUSTIN L. LEE
                                 JUSTIN L. LEE
                                 Assistant United States Attorney

REQUEST TO CONTINUE SENTENCING HEARING            1

Dated: October 2, 2020              /s/ MARK REICHEL
                                    MARK REICHEL
                                    Counsel for Defendant
                                    Jonathan Castaneda

## ORDER

Based on the request of the parties, Judgment and Sentencing in this matter shall be reset for December 15, 2020, at 9:15 a.m.  IT IS SO ORDERED this 2nd day of October, 2020.

                                    /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE