PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EUGENE ORTEGA,<br><br>　　　　　　　Defendant. | CASE NO. 2:18-CR-00080-JAM-2<br><br>**REQUEST TO CONTINUE SENTENCING; ORDER**<br><br>DATE: May 25, 2021<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

### REQUEST TO CONTINUE JUDGMENT AND SENTENCING

By previous order, this matter was set for judgment and sentencing on May 25, 2021. The defendant now moves to continue the judgment and sentencing until June 29, 2021, such that an in-person judgment and sentencing hearing can be held. The United States does not oppose the continuance request. The United States and the assigned probation officer are available on June 29, 2021.

Dated: May 19, 2021　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　　　/s/ JUSTIN L. LEE
　　　　　　　　　　　　　　　　　　　　　　JUSTIN L. LEE
　　　　　　　　　　　　　　Assistant United States Attorney

REQUEST TO CONTINUE SENTENCING HEARING　　　　　　1

| | |
|---|---|
| Dated: May 19, 2021 | /s/ DINA SANTOS<br>DINA SANTOS<br>Counsel for Defendant<br>Jonathan Castaneda |

**ORDER**

Based on the request of the parties, Judgment and Sentencing in this matter shall be **RESET** for **June 29, 2021, at 9:30 a.m**.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: May 19, 2021 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>UNITED STATES DISTRICT COURT JUDGE |