PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN LOPEZ CASTANEDA, <br><br> Defendant. | CASE NO. 2:18-CR-00080-JAM <br><br> REQUEST TO CONTINUE SENTENCING; ORDER <br><br> DATE: June 22, 2021 <br> TIME: 9:30 a.m. <br> COURT: Hon. John A. Mendez |

### REQUEST TO CONTINUE JUDGMENT AND SENTENCING

By previous order, this matter was set for judgment and sentencing on June 22, 2021. The defendant now moves to continue the judgment and sentencing until August 17, 2021. The United States does not oppose the continuance request. The United States and the assigned probation officer are available on August 17, 2021.

Dated: June 17, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

REQUEST TO CONTINUE SENTENCING HEARING          1

Dated: June 17, 2021

/s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
Jonathan Castaneda

## ORDER

Based on the request of the parties, Judgment and Sentencing in this matter shall be reset for August 17, 2021, at 9:30 a.m.

IT IS SO ORDERED this 21st day of June, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE