| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00080-JAM |
|---|---|
| Plaintiff, | REQUEST TO REOPEN BRIEFING SCHEDULE; ORDER |
| v. | DATE: August 17, 2021 |
| JONATHAN LOPEZ CASTANEDA, | TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

### **REQUEST TO REOPEN FORMAL OBJECTIONS TO PSR**

By previous order, this matter was set for judgment and sentencing on August 17, 2021. In preparation for sentencing, the parties developed new information that impacts the Court's calculation of the sentencing guidelines. Accordingly, the parties jointly request that the Court reopen the briefing schedule for formal objections to allow the defendant to file a formal objection to the PSR. The United States anticipates filing a non-opposition to the formal objection. The parties anticipate that judgment and sentencing will be able to go forward on the previously-scheduled date of August 17.

///

///

///

///

REQUEST TO REOPEN BRIEFING SCHEDULE

1

| | |
|---|---|
| Dated: June 30, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated: June 30, 2021 | /s/ CLEMENTE JIMENEZ<br>CLEMENTE JIMENEZ<br>Counsel for Defendant<br>Jonathan Castaneda |

**ORDER**

Based on the request of the parties, the previously-ordered briefing schedule is modified as follows:

1. Formal objections to the PSR shall be filed by July 20, 2021;
2. Any response or opposition shall be filed by July 27, 2021;
3. Judgment and Sentencing shall proceed on August 17, 2021, at 9:30 a.m.

IT IS SO ORDERED this 30th day of June, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE